IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No. 09-po-00010-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAWN M. MAY,

    Defendant.

---

**ORDER RE: GOVERNMENT'S UNOPPOSED
MOTION TO CONTINUE HEARING (docket # 20)**

---

The Court reschedules the hearing date in this matter from November 17, 2010 at 1:30 p.m. to November 23, 2010 at 9:00 a.m.

If Defendant or Defendant's counsel is unable to appear at this rescheduled time, counsel is ordered to contact the assistant to the Magistrate Judge, Ms. Michaelea Spolar, to reschedule the matter to a mutually possible alternative date.

Dated this 15th day of November, 2010.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge