AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
            Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| SHAWN M. MAY | Case No.  09-po-00010-LTM |
| | USM No. |
| | Daniel Shaffer, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One, Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. § 42-2-101(3) | Operate a Motor Vehicle upon a Highway in the State of Colorado without a Valid Drivers License | 12/18/2008 | One |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| Total: $100.00 | $ 10.00 | $ 90.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  1986

City and State of Defendant's Residence:
Grand Junction, CO 81504

11/23/2010
Date of Imposition of Judgment

/s/ Gudrun Rice
Signature of Judge

Gudrun J. Rice                Magistrate Judge
Name and Title of Judge

11/23/2010
Date